**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
Alexander M. Smith (SBN 295187)
asmith@jenner.com
Madeline P. Skitzki (SBN 318233)
mskitzki@jenner.com
515 Flower Street Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant
BlueTriton Brands, Inc.

(additional counsel on signature page . . . )

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIJEONG KIM, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>     v.<br><br>BLUE TRITON BRANDS, AMAZON.COM, INC., MOHAMMEDREZ SHAHRBABKI, and DOES 1 through 10,<br><br>                         Defendants. | Case No: 2:22-cv-1907-FLA-E<br><br>The Hon. Fernando L. Aenlle-Rocha<br><br>**STIPULATION TO CONTINUE DEFENDANT BLUETRITON BRANDS, INC.'S DEADLINE TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS OR LESS (L.R. 8-3)** |

**STIPULATION**

Pursuant to Local Rule 8-3, Plaintiff Mijeong Kim and Defendant BlueTriton Brands, Inc. ("BTB") hereby stipulate, by and through their undersigned counsel, to extend BTB's deadline to file a responsive pleading by a total of 30 days from April 18, 2022 until May 18, 2022.

IT IS SO STIPULATED AND AGREED:


DATED:     April 15, 2022          LAW OFFICE OF JUAN HONG, A LAW CORP.


                                   By:  _____/s/  Juan Hong_____
                                                  Juan Hong

                                   Attorneys for Plaintiff Mijeong Kim


DATED:     April 15, 2022          JENNER & BLOCK LLP


                                   By:  _____/s/   Kate T. Spelman_____
                                                  Kate T. Spelman

                                   Attorneys for Defendant BlueTriton Brands, Inc.

## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4(a)(2)(i), Kate T. Spelman, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED:      April 15, 2022            JENNER & BLOCK LLP


By:  _____/s/___Kate T. Spelman_____
                      Kate T. Spelman

Attorneys for Defendant BlueTriton Brands, Inc.